UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JERRA L. MAKER, | ) |
| | ) No.  CV-07-390-CI |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER GRANTING STIPULATED |
| | ) MOTION FOR REMAND PURSUANT |
| MICHAEL J. ASTRUE, | ) TO SENTENCE FOUR OF 42 |
| Commissioner of Social | ) U.S.C. 405(g) |
| Security, | ) |
| | ) |
| Defendant. | ) |

BEFORE THE COURT is the parties' stipulated Motion for remand of the above-captioned matter to the Commissioner for additional administrative proceedings. (Ct. Rec. 18).  The parties have consented to proceed before a magistrate judge.  (Ct. Rec. 8.) After considering the stipulation of the parties,

**IT IS ORDERED** that the above-captioned case be **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings, including a new hearing and a new decision, pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the administrative law judge (ALJ): 1) evaluate Plaintiff's mental impairments; 2) evaluate the evidence from Plaintiff's treating physician, submitted to the Appeals Council, dated August 11, 2006; 3) reevaluate Plaintiff's residual functional capacity;

ORDER GRANTING STIPULATED MOTION FOR REMAND - 1

and 4) after considering the aforementioned evidence, as well as any new evidence, continue the remaining steps of the sequential evaluation, obtaining supplemental vocational testimony, if necessary.

**IT IS FURTHER ORDERED:**

1. The parties' stipulated Motion for Remand **(Ct. Rec. 18)** is **GRANTED**.

2. Judgment shall be entered for the **PLAINTIFF**.

3. An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall close this file.

DATED August 6, 2008.

                      S/ CYNTHIA IMBROGNO
                 UNITED STATES MAGISTRATE JUDGE